```
1  FRANK BELL, CSBN 038955
   A Law Corporation
2  333 Bradford Street, Suite 270
   Redwood City, CA 94063
3  Tel:   650 365-8300
   Fax:   650 366-8987
4  Email:  FrankBell@FrankBellLaw.com

5  Attorney for Defendant
   RONNELL DUNN
6
```

**FILED**

MAR 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 13-00287 JST |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER TO CONTINUE HEARING** |
| RONNELL DUNN, | |
| Defendant. | |

The parties hereto have been engaged in discussions with regard to the settlement of this matter. However, they have not yet reached agreement. The parties believe that additional time will be helpful in a resolution of the matter to the satisfaction of each party.

WHEREFORE, the parties hereby stipulate that the matter of RONNELL DUNN may be continued for approximately thirty days to a new date convenient with the court and counsel, which is suggested to be April 25, 2014 at 9:30 a.m. *The Court will set a trial date at that time.*

The parties further stipulate and agree that the exclusion of time under the Speedy Trial Act, 18 U.S.C 3161, is called for because the requested continuance is needed to allow counsel sufficient time to prepare and that the failure to grant the continuance requested would unreasonably deny counsel the time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: March 19, 2014         __/s/ *Frank Bell* _____
                              FRANK BELL
                              Attorney for Defendant
                              RONNELL DUNN


Dated: March 19, 2014         _/s/_ *Acadia Senese*_____
                              ACADIA SENESE
                              Asst. U.S. Attorney

STIP AND [PROPOSED] ORDER TO CONTINUE HEARING                    2

[~~PROPOSED~~] ORDER

On the stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED that the matter before the court on March 28, 2014 is continued to April 25, 2014 at 9:30 a.m. for further status.

Dated: 3/25/14

Hon. JON S. TIGAR
U.S. District Judge

STIP AND [PROPOSED] ORDER TO CONTINUE HEARING                      3